ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney
State Bar No. 022079
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

_FILED_ _LODGED_
_RECEIVED_ _COPY_

2011 DEC 21 P 3: 27

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,
　　　　　　　Plaintiff,
　　v.
Jorge Luis Magana-Lopez,
　　　　　　　Defendant.

CR11-4200 TUC RCC/JM

**INDICTMENT**

Violations: 8 U.S.C. § 1326 (enhanced by
8 U.S.C. § 1326(b)(2))

(Re-Entry After Deportation)

**THE GRAND JURY CHARGES:**

On or about November 22, 2011, at or near Tucson, in the District of Arizona, Jorge Luis Magana-Lopez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Calexico, California on or about June 4, 2007, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

　　　　　/S/
Presiding Juror

DEC 21 2011

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
　　/S/
Assistant U.S. Attorney